UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| HBC VENTURES, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 5:06-CV-190-F |
| | ) | |
| HOLT MD CONSULTING, INC., | ) | |
| WELLNESS PUBLISHING, INC., and | ) | |
| STEPHEN HOLT, M.D., | ) | |
|     Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HOLT MD CONSULTING, INC., | ) | |
|     Third Party Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT R. BAREFOOT, | ) | |
|     Third Party Defendant. | ) | |
| | ) | |
| NATURE'S BENEFIT, INC., and | ) | |
| STEPHEN HOLT, M.D., | ) | |
|     Plaintiff and Counterclaim | ) | |
|     Defendant, | ) | |
| | ) | |
| vs. | ) | No. 5:07-CV-342-F |
| | ) | |
| NFI and LARRY CHRISCOE, | ) | |
|     Defendants and Counterclaim | ) | |
|     Plaintiffs. | ) | |

This matter is before the court on the Motion to Dismiss Third Party Complaint [DE-257] filed by Third Party Plaintiff Holt MD Consulting, Inc.

On August 13, 2013, Holt MD Consulting, along with all the other parties in this action with the exception of Third Party Defendant Robert R. Barefoot, filed a Stipulation of Dismissal

with Prejudice [DE-256] of all claims asserted in this action. Holt MD Consulting now moves to voluntarily dismiss, pursuant to Rule 41(a)(2), the claims it asserted against Robert R. Barefoot in the Third Party Complaint.

For good cause shown, the motion [DE-257] is ALLOWED, and the claims are DISMISSED. The Clerk of Court is DIRECTED to close this case and remove the matter from the undersigned's trial calendars.

SO ORDERED.

This the 3<u>rd</u> day of September, 2013.

_James C. Fox_
James C. Fox
Senior United States District Judge